UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HOLLOWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART NEIGHBORHOOD MARKET, a business entity form unknown; WALMART INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:26-cv-06418-SPG-AS<br><br>**ORDER GRANTING STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND [ECF NO. 12]** |

Before the Court is the parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand. (ECF No. 12 ("Stipulation")). In the Stipulation, the Parties have agreed to limit any and all recovery of damages by Plaintiff to $75,000.00, exclusive of costs of suit or interest. Accordingly, the Parties request an order from this Court remanding the case to the Los Angeles County Superior Court, Case No. 26TRCV00497, and limiting Plaintiff's Judgment, Award, or Recovery to $75,000.00 based on obligations set forth in the parties' agreed upon Proposed Order, (ECF No. 12-1 ("Proposed Order")).

1

Having considered the parties' Stipulation and Proposed Order and finding good cause therefor, the Court hereby GRANTS the Stipulation and ORDERS as follows, in accordance with the parties' Proposed Order:

1. This Litigation, Federal Case No. 2:26-cv-06418-SPG-AS, shall be REMANDED to the Superior Court for the State of California, County of Los Angeles, Case No.: 26TRCV00497, with all trial and other dates to be set by the State Court;

2. All pending dates in the Federal action are hereby vacated;

3. Plaintiff's total recovery, if any, from Defendant Walmart Inc. for any injury, damages, harms or losses resulting from the alleged incident that occurred on Defendant's premises on or about December 5, 2024, and which are the subject of the Litigation (including the Superior Court for the State of California, County of Los Angeles, Case No.: 26TRCV00497), including but not limited to economic and non-economic damages, exclusive of any award of costs or interest, is hereby capped at $75,000.00, and no judgment or award may be entered against Defendant Walmart Inc. in the Litigation in excess of $75,000.00;

4. If any judgment or award, exclusive of any award of costs of suit or interest, entered in Plaintiff's favor and against Defendant Walmart Inc., in the Litigation should exceed $75,000.00, Plaintiff shall be found to have voluntarily waived the right to claim that portion of her final judgment or award which exceeds $75,000.00; and

5.      Should any judgment or award, exclusive of any award of costs of suit or interest be entered in Plaintiff's favor and against Defendant Walmart, in the Litigation in excess of $75,000.00, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $75,000.00 and is barred from executing on any amount of the award or judgment in excess of $75,000.00.

**IT IS SO ORDERED.**

Dated: July 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

3